UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT BULLOCK,<br><br>Defendant | Criminal No.  24cr10056<br><br>Violations:<br><br>Count One-Two: False Statements<br>(18 U.S.C. § 1001(a)(2))<br><br>Count Three: Tampering With a Water Supply<br>(42 U.S.C. § 300i-1) |

INDICTMENT

COUNT ONE
False Statements
(18 U.S.C. § 1001(a)(2))

The Grand Jury charges:

On or about June 28, 2023, in Stoughton, in the District of Massachusetts, the defendant,

ROBERT BULLOCK,

knowingly and willfully made materially false, fictitious and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, when questioned by agents of the Federal Bureau of Investigation and Environmental Protection Agency, Criminal Investigations Division, the defendant claimed:

a. that he had not been at Goddard Pumping Station 7 on the night of November 29, 2022, when in fact he had been there; and

b. that he did not turn off the chlorine at Goddard Pumping Station 7 on the night of November 29, 2022, when in fact he had done so.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT TWO
## False Statements
## (18 U.S.C. § 1001(a)(2))

The Grand Jury further charges:

On or about July 25, 2023, in Stoughton, in the District of Massachusetts, the defendant,

ROBERT BULLOCK,

knowingly and willfully made a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, when questioned by agents of the Federal Bureau of Investigation and Environmental Protection Agency, Criminal Investigations Division, the defendant claimed:

    a.    that he had not knowingly turned off the chlorine pump at Goddard Pumping Station 7, on the night of November 29, 2022, when in fact he had; and

    b.    that he did not set the alarms for the chlorine level to zero, on the night of November 29, 2022, when in fact he had.

All in violation of Title 18, United States Code, Section 1001(a)(2).

<u>COUNT THREE</u>
Tampering With a Water Supply
(42 U.S.C. § 300i-1)

The Grand Jury further charges:

On or about November 29, 2022, in Stoughton, in the District of Massachusetts, the defendant,

ROBERT BULLOCK,

knowingly tampered with a public drinking water system, Pump Station Seven, of the Stoughton Water Department, in Stoughton, Massachusetts, and did attempt to do so.

All in violation of Title 42, United States Code, Sections 300i-1(a) and (b).

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
BENJAMIN TOLKOFF
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: March 5, 2024
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo
DEPUTY CLERK

at 1:12 PM

3/5/24

4





