# EXHIBIT A

Honorable Judge Casper,

I want to apologize to the residents of the town of Stoughton, to my co-workers and all the employees in Stoughton. Because of my actions on November 29, 2022, I could have compromised the safety of the drinking water. And I take responsibility for that and I alone. I let my community down.

I know that my love, sacrifice, and investment in my job makes my action in this case incomprehensible. I am now living every day trying myself to understand and come to terms with my dangerous and self-destructive actions.

My dad was my hero and I lost him on January 20, 2021. I still haven't stopped grieving, I miss him so much. And, I know he would be sitting right here next to me in full support. Even though he'd surely be disappointed in me being involved in this. I'll feel his disappointment in me for the rest of my life. I am so sorry and incredibly remorseful about my actions that brought me here.

My dad was so happy for me when I got hired in Stoughton because he said he could see a clear difference in me. Especially, he said, when I talked about my job when I stopped by to check on them or to share a Sunday dinner. He always said that if you were lucky enough to be in a job that your thoroughly enjoyed then you'd never work a day in your life. He said that's why he landscaped for 50 years because he loved stepping back and seeing what he created and he loved seeing his customers faces when they would see their new landscape. Dad would have stayed working into his 80's if he could, but his body had enough of the physical requirements of landscaping. So he, in his own words "I had to finally tap out." That definitely would have been me in my job with the Stoughton water department. I loved my job so much that in my 91st day of employment, the day my probationary period was up, I got a Stoughton water department tattoo, because I felt I'd never leave that employment.

I loved my job because I was good at it. I put aside so many vacations, barbeques, graduation parties and other events in my life over my 11-year employment there, out of pride in doing what we did to ensure the residents of the town of Stoughton got clean safe cleaning water. I apologize to the residents of the town of Stoughton. I want to express my great shame and remorse about my actions on the night of November 29th 2022. Despite the fact that my life's work has been about water safety, water that was not fully chlorinated went into the water supply. I'm sorry from the bottom of my heart.

I was well respected for my skills, not just by my coworkers but also from our vendors and outside contractors who eventually made me their preferred contact. They would reach out

to me over my many years even though I was not foreman at that time. To those people, the vendors and contractors, I'd like to apologize to for letting you all down.

I'd give anything to be able to take it all back. But I know I must own this, and I have no one to blame but myself. I struggle with that feeling every day and every night, for the past 574 days and nights, right up to and including this very moment that I stand before you.

A primary concern, one that I worry about constantly, is that I let my family down. I worry about providing for them, I worry about my children, and I worry about my 95-year-old mother. I've spent my whole life hanging on by my fingernails, telling my family that everything was going to be ok, would be fine, no matter what life threw at us. But now, because of my actions, I've put all of that in jeopardy.

At the time that this event happened, I was 2 months into the preparation for my gastric sleeve surgery. I was 368 pounds at that time and I had to lose 10% of that, or 37 pounds, by February 4th. I was on a crash diet and went from about 5000 calories per day down to 1000 calories or lower per day. I needed to do that to lose that weight that quickly. That diet affected my stamina, my concentration, and my overall ability to focus on my tasks to a point. Although that's not an excuse, it does speak volumes about my state of mind on that day and in that moment of my life. Being in a public sector job, for 31 years, I fully expect and agree with the fact that I should be held to a higher standard. And I was required to earn the public trust. This incident caused me to lose that trust, and I am incredibly remorseful, embarrassed, sorry, and have been regretting this since it happened. I violated the water operator code of conduct. But I am owning my actions and take 100% of the blame, because it violated the sacred code of conduct for water operators.

I had a framed copy of that code of conduct on my desk in Stoughton, and always in my 30+ years as a water operator I looked at it and followed it to the letter.

I'd like to apologize to the residents of the town of Stoughton for creating a possible compromise of the drinking water that I loved with all my heart. My water stations were sacred to me and I took all events that occurred in them and to them personally. I loved my job because I was good at it. I also want to apologize to my supervisors and directors at the town DPW for letting them down and creating a stressful situation for them. I am truly sorry to them all. I took great pride in the Stoughton water department in every way. I tried my best to make it run flawlessly in every aspect. I demanded a lot from all my water operators in hopes that they would one day feel the pride and love of their job and really accept the need for them to get and keep the public trust.

I hoped one day that all the operators that came through my door would eventually love their job even a fraction of how much I loved my job.

Sincerely,

Bob Bullock