# EXHIBIT B

Honorable Judge Casper
One Courthouse Way
Boston, MA 02210

My name is Bobby Bullock and Bob Bullock is my dad. When I was asked to write this I wasn't really sure how to start and I certainly wasn't sure what to say. I thought about telling stories, I thought about telling lessons but ultimately I decided to just talk about what my dad means to me and everyone around him.

When my brother and I were growing up we were constantly told how lucky we were to have a dad like ours. Someone who's constantly selfless, someone who's so hardworking and someone who's so loving to those around him.

When I think about the character of my dad of course I think about all he's done for my brother and I in raising us and teaching us how to be young men but one of the things that sticks out the most is how he treats others even outside our family.

Years ago one of his closest friends was in an incredibly devastating motorcycle accident. It left him in a coma for a while and needing multiple surgeries for years after. It would've been easy to offer support to Mark and his family from a distance but no, there was my dad front and center at fundraising events he set up, motorcycle rides to benefit Mark and helping build a wheelchair ramp at his moms house to allow him to live at home in the months after the accident. Being so young when this happened and seeing what my dad did for his friends instilled values in me that I carry in the forefront of who I am today.

It's so easy to come up with any number of selfless stories of my dad helping others but it's even easier to think of times my dad was there for me and my brother. While it may not be the most emotional, the most meaningful example I can think of is the unwavering support my dad always showed while I was playing hockey. Admittedly, I wasn't always the best player. I started later than most do but when I showed an interest my dad was right behind me. From bringing me to almost every early morning practice and being at every high school game, even though I almost never played, his support meant the world to me. Fast forward to my intramural years and there he was, front row for every single game cheering me on when I scored and ready to defend me whenever I was on the receiving end of a dirty play. The pictures I have of the two of us at hockey are the ones I hold the closest. No matter how happy I think I look in them I know I'm

1000% happier because he's there experiencing this with me after all the times it maybe wasn't easy for him to watch.

If there's anything I convey with this letter, I want it to be what a large presence my dad has in so many people's lives because of what his character and morals mean to everyone around him as well as the hole that I would have in my own life if I couldn't pick up the phone and talk to him any time.

My dad is my hero, my dad is one of the most important people in my life and my dad is my role model. If I can be any fraction of the man my dad is when I'm older I'll consider myself the luckiest man in the world.

In reviewing this case, I hope you can see the man that I see in him and I thank you for taking the time to read what he means to me.

Thank you,
Bobby Bullock

Robert Bullock
Digitally signed by Robert Bullock
DN: C=US,
E=robert.bullock5256@gmail.com,
CN=Robert Bullock
Date: 2025.06.05 07:21:14-04'00'