# EXHIBIT C



Dineen E. Bullock

dineen.bullock@gmail.com

To Whom It May Concern,

My name is Dineen E. Bullock, the spouse of Robert J. Bullock Sr. since December 2009. I am writing to offer a glimpse of who Robert is, in the hope that you will understand Robert's character when considering sentencing.

I met Robert in March of 2008 at a local restaurant near where I had lived at the time. He was standing outside and after talking for a while we decided to go into the restaurant to sit and get to know one another. We spoke of motorcycles, people we knew, places we had been, and he mostly spoke of his twin 9-year-old sons. By the end of conversations, I was surprised to realize I wanted to get to know him more.

We began to spend a lot of time together having fun. When I met his friends, they all told me what a great guy he is. Robert asked me early on to meet his children. This was something I was hesitant to do, feeling it was too soon and not sure if I was going to continue seeing him. Well, I met his children at Coco Keys Water Park and became fond of them rather quickly. We had a great time and when the evening was over the children wanted to walk me to the car. Something happened. As we all looked up to the stars, I found myself making a wish that these 3 men would become my family. It was apparent that there was a lot of love between them, and I wanted to be part of it.

Over time I met his family and could see how much they all loved and respected one another. Every time his parents needed help with something Robert always made the time to be there for them. He would tell me stories of how great they were as he grew up. They are a close family that spend time together. I could see how proud they were of their sons, especially Robert. One thing that will always fill my heart though is that when we would be with Robert's boys trying to think of something to do, it wasn't amusement parks, movies, or some "fun" thing a kid would want to do but instead his sons would ask if we could go visit "Nonni and Papa". Robert had provided his children with the opportunity to spend much time with them that built a strong relationship. I think that was one of the biggest reasons I found myself loving him, his children, and his family.

Robert is the same with his friends, always there for them for whatever they need. There was a time when one of his friends was in a serious motorcycle accident. Robert was at the hospital every day / night, sitting by his bedside with his friend's family. Being at his house after discharge to stay with him, keep him company, encourage him through his healing and therapy. Robert's boys and I would spend these days / nights alone, but we knew that was how it had to be because that is the type of person Robert is. We respect that and I can see his sons growing to be the same type of men.

He is a hard-working man that takes pride in what he does. I've never known him to miss work unless he was truly sick. He was so committed to his job that we would plan things around his and other worker's schedules. There have been weddings, funerals, dinners, and events that I attended alone because he would be working or committing himself to helping a junior operator on the job. I'll be honest, I did take issue with it on occasion however when I really think about it, I can remember so many times he's been there for me and / or his children. Dedicated, committed, making sure there was nothing we needed. He works hard to provide for us and tries to make our lives easier in any way he can. He is not a perfect man,

and I may have lost faith in our marriage however one thing I will never lose faith in is Robert. I know that wherever life may take us, I can count on him to be there for me or anyone else when needed. He's a generous, kind-hearted, compassionate man that always has good intentions.

In closing I would like to say that Robert is vital emotionally, financially, as well as in caring and providing for this family.  I respectfully ask that you consider Robert's true character, his remorse for his actions, and his commitment to everyone that he cares about and that cares about him. I am asking the court to consider a lenient sentence for Robert.

Thank you in advance for your time in reading my letter. Please feel free to contact me at the number or email address listed above should you require any further information or clarification.


Respectfully,
Mrs. Dineen E Bullock