# EXHIBIT D

Julia M Donovan

39 Freeman Street

Avon MA 02322

June 5, 2025

Honorable Judge Casper

One Courthouse Way

Boston, MA 02210

Dear Judge Casper,

I have known Bob (Mr. Bullock) for more than half of my life.  We met when I was 17 and we got married when I was 24 and we have 2 beautiful, wonderful boys that he helped raise and they have grown into wonderful young men with Bob's guidance and influence.

During our divorce it was difficult between us, however, he was always there to help Bobby and Christoher (our sons) through anything they needed.

Over the years, Bob, has become a caring and concerning person to whoever needed him, myself included.  I know that I could call him at any time of the day or night and know that he would be there.  The same goes for our sons and any other person that knows him.

Bob, has always been the first person to help anyone that needed help, whether it's for a complete stranger or someone that he knows and he is so skilled in many ways that he has the ability to do whatever needs to be done.

Although we have been divorced for 20 years, there will always be a place in my heart for him.  I care deeply about him and always will.

I am not sure of the exact circumstances or what lead up to the issue at hand, but I know without any doubt it was not done maliciously or done to hurt anyone – that is not the type of person that Bob is or would ever be.

I don't want to tell tales out of school, however, Bob has suffered a number of concussions over the past few years that has prohibited his ability think rationally and I believe that because of the concussions it made him forget to what was right with the water department.

I hope that after reading my letter and other letters that have been sent to you on Bob's behalf that you please keep in mind the type of person that Bob actually is and that nothing like this incident would ever happen again.

Thank you for your time.

Respectfully,

*Julia M Donovan*