# EXHIBIT E

To whom it may concern,

I have known Mr Robert Bullock for a period of almost 40 years now, and in this period I have never seen him harm or hurt anyone or anything. The continued dedication of Robert along with his wife to care about and take custody of numerous animals from all over the United States is just a small picture of the kindness of Robert. We have seen death of parents together, divorces, many sad moments in life together, but he always has been able to pull life back together. His character in my opinion is top notch! Whenever I was in need of a good listening ear, I could always call him or connect with him in person. He has raised 2 boys to become intelligent dedicated professionals in their field of choice. He has worked continuously his whole career to pay and put his children through college and find their way into adulthood and provide for their own personal lives.

Not too many years ago, along with our families, we would collect various contributions from people and local businesses to donate to the MSPCA Boston organization. One particular year we collected approximately $5000 ,and got invited to the Museum of Arts for the MSPCA dinner and credits venue.

I have and always will be glad to have Robert Bullock as a friend and caring person in my life,

Sincerely,

Rich Sannizzaro

Rjsannizzaro@aol.com

Rjsannizzaro@gmail.com

508 326 5808