# EXHIBIT F

Honorable Judge Casper

One Courthouse Way

Boston, MA 02210

My name is Christopher Bullock, I am the youngest son of the defendant Robert Bullock. I currently split my time living at my Mother, Julia Donovan and my Fathers house with my stepmom Dineen. My dad grew up in a small house in weymouth where he and his brother and parents lived for 20 years. He loved my Uncle Billy more than anyone and he had health problems with his heart when he was a child. And one time I remember camping with my dad, step moth and brother when I was around 10-12 and Me and my brother were bickering about something. My dad wanted us to start to not resent each other as much and he told us a story about how when he was growing up, him and my uncle always had to be slower than everyone else in the neighborhood due to my uncles heart condition and he got very upset in front of us when he was talking about how much he loved his brother and hated to see him have the health problems he did. Which I will always remember as my father is many things, but he has never liked to show emotion in front of us. I really do think that that was one of the first moments in me and my brothers lives that we realized it was just us as a family, and while we may not have loved everything about each other. We were going to have to learn to not only enjoy each other's company but love the other like my father and Uncle loved each other.

His fathers tragic death in January of 2020 really hit my dad hard. His father was such an inspiration and mentor to him. He has really struggled since this happened. I cant count how many times he has said in tough or amazing situations he wishes his dad were there. But as I have told him before, He is just as important to me as his father was to him. Which speaks volumes for the type of men and fathers they both are. Atleast once a month my father takes a drive down to Bourne to the Massachusetts veterans cemetery to visit my grandfather's grave and bring flowers.

From the moment I started school freshman year to when I graduated, my dad told me how proud he was that me and my brother were engineers. He loves to tell people that, though I'm not quite sure its as glamourous as he thinks. But the best part of that for me is that whenever I am having a tough day and I think about if this career is worth it. I think about how proud of my father is and it makes it all worth it. I think I summed it up pretty well when I told her that my dad spent my whole life preparing me for a career that neither of us ever knew I would pursue. There was never a push to go one way or another, we just both happened to have the same passion. Every time I'm working in Boston and find cool old pipes or other water infrastructure him and I are always equally fascinated by it. We each have a growing fire hydrant collection from ones that both he and I have gotten when we replace the old ones at work.

I was contacted by Martha Victoria from the court office to give a view of my dad and his life. We had a great conversation for an hour and a half about everything I could think of about him as

a person. And at the end she asked me, to in general sum up what my dad meant to me. And it was all I could do to not cry thinking about what a totally caring and mentoring father he has always been to me and my brother. My dad has been such a mentor to me professionally for my whole life, I really don't think I would be anywhere near where I am right now without him. Over the years of listening to him talk about an explain the problems, solutions, and going's-on of the water and sewer world I slowly grew to understand not just the "big yellow digging machines" but the actual work itself. There have been dozens of times in my career as both an intern and a full time superintendent that I have asked my dad about problems I am having over dinner. Or even the half dozen or so times I have called him AT WORK to get his advise /experience with a certain problem/pipe type or whatever it may be and he has always had the right answer. He gave me and my brother such a high work ethic. He always told us that we needed to live our passions and we would never really work. Which was not just some corny thing parents tell their kids, for him it was every day life. He had always loved his jobs. He always lamented having slackers/coworkers who didn't care about the quality of their work and taught and showed us the power of passion in your work. In just 3 or 4 years he went from a new hire to the supervisor at the Stoughton DPW water department. I cannot tell you how many nights and weekends we had to not have him there for parts of because he would always go in and help his new guys with problems when they were on call and didn't know what to do. Often not even putting in for the time so as to not get the new guys in trouble. All because he cared about the quality of the work and the people he worked with. Any time someone needed help he was always there for them. And when he hurt his shoulder at work he couldn't stand being at home and went back to work early. Not because he didn't have time, he had 2-3 months' vacation time, but because he wanted to be there to keep leading his team. This is the work ethic that me and my brother were taught out whole lives. One of self-sacrifice for the betterment of the team, which as a leader in construction, is one of the most valuable qualities I have and have been told as much from the family of owners at my job. This carefulness doesn't just extend to his coworkers. Him and my stepmom Dineen have for 2 years now been fostering puppies from the south/central US on their journey to be adopted up here in New England, Often driving to as far away as Connecticut to pick up and introduce the dogs to their new families. We have to date fostered 16 dogs and started their training to make them great family pets and have always had great stories after the dogs leave us for their new homes.

This case has been very difficult for him and my family. As he had lost his job at the water department when this whole thing happened. My work has and always will have a great need for people like my father who have the knowledge, experience and passion for water and sewer work. Though with the uncertainty of the case we have been hesitant to had him join our team of almost 100 people, to which I think there is no doubt he would do well.

He has had so many health problems in life as well starting with a serious concussion from a fall off a broken ladder at the Avon water department which was very hard for him to get through. As a young teenager there are few scarier things than seeing your father passed out in the lawn or in

the house due to a head injury. But me and my brother were there for him every step of the way. And in 2022 he had a weight loss surgery to remove part of his stomach and finally get to a healthy weight to see me and my brother have kids of our own. This loss in weight was not well managed by his doctors and he had/still has episodes of over and under medication for things like blood pressure, potassium and other things that have hurt his quality of life and have made the journey difficult through bouts of fainting/neurological problems. Though things have recently started to improve he still has many problems with the shoulder he dislocated at work which has me helping him with physical tasks at home. I have always been there to help him through his medical problems and wanted what was best for him through all of it.

Thank you for taking the time to read this and god bless.

- Christopher J. Bullock